Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the

District of
South Carolina

Division
Florence

Kevin Forrest

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

United States of America

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   9:23-cv-1923-SAL-MHC

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☑ Yes   ☐ No

2023 MAY -8  AM 12:11  RECEIVED  USDC

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address

Kevin Forrest. Reg. No. 63433-037
FCI-Williamsburg
P.O. Box 340
Salters, South Carolina 29590

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

U.S. Department of Justice (F.B.O.P.)
U.S. of America
U.S. Attorney General
The Honorable Merrick Garland
950 Pennsylvania Ave NW
Washington, D.C. 20530-0001

**Defendant No. 2**

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

**Defendant No. 3**

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

**Defendant No. 4**

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship


Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Tort Claims Act


### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* , and has its

principal place of business in the State of *(name)* .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

While incarcerated at the federal correctional institution in Salters, South Carolina. claimant contracted an infection of methicillin-resistant staphylococcus aureus (MRSA) He was hospitalized at the Williamsburg Regional Hospital in Kingstree. S.C for approximately one month. He suffered great pain. suffering. and (Cont.)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Plaintiff is asking that he be compensated in the SUM CERTAIN amount of $1.000.000.00. for the Life threatening pain and suffering he sustained due entirely to Health Services deliberate delay in getting Plaintiff medical treatment.

Statement of Claim continued:

discomfort. The direct cause of this critical and life threatening issue was caused by Health Services Department here at FCI-Williamsburg's deliberate delay in getting claimant to the Hospital. which is supported by Hospital Records.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: X May 3rd 2023

Signature of Plaintiff X _K___ Forrest #63433-037_

Printed Name of Plaintiff X Kevin Forrest #63433-037

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
SOUTH CAROLINA

RECEIVED
CLERK, U.S.M. CHARLESTON, SC
2023 SEP 29  AM 9: 11

Kevin Forrest
    PLAINTIFF

    v.

UNITED STATES
    Defendant

Case No. 9;23 CV 01923

Motion to amend
Fed. R. Civ. P Rule 15

COMES NOW, Kevin Forrest, pro se plaintiff, seeking an order granting permission to amend his complaint in the case above in accordance with F. R. Civ. Proc. 15.

Complaint #1 : The Williamsburg FCI health services staff as employees for the Department of Justice an agency of the United States did not provide plaintiff with medical care and treatment for several weeks in May of 2021 thru June of 2021 which led to plaintiff being in pain, being operated on, and becoming ill and hospitalized from an infection that the Williamsburg FCI health services staff should have provided care and treatment for following a medical diagnosis which the medical staff never took the time to perform.

Complaint #2 : The Williamsburg FCI health services department staff in May of of 2021 thru June of 2021, were deliberately indifferent to plaintiffs medical needs by failing to medically diagnose, treat and care for plaintiff's complaints of neeeding medical care which led to plaintiff being

led to plaintiff being hospitalized, operated on, and in pain from a viral infection that could have been treated by the health services staff upon diagnosis.

Kevin Forrest

Date: 1-26-2023